UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH A. BARKER, REGIONAL DIRECTOR OF REGION 13 OF THE NATIONAL LABOR RELATIONS BOARD, FOR AND ON BEHALF OF THE NATIONAL LABOR RELATIONS BOARD<br><br>　　　　　　Petitioner<br><br>　　v.<br><br>REGAL HEALTH AND REHAB CENTER, INC.<br><br>　　　　　　Respondent | Civil No. 08CV2229<br><br>Judge Grady<br><br>Magistrate Judge Cole |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, April 30, 2008 at 11:00 a.m., or as soon thereafter as Counsel may be heard, the undersigned shall appear before the Honorable Judge John F. Grady, or any other judge acting in his stead, in courtroom 2201 at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Motion to Try Petition for Preliminary Injunction Under Section 10(j) of the National Labor Relations Act on Basis of the Administrative Law Judge's Hearing Transcript, to File Petitioner's Memorandum of Points and Authorities in Support of Petition, and For Oral Argument.

DATED at Chicago, Illinois, this 25th day of April, 2008.

　　　　　　　　　　　　　　　　　　　/s/ Sylvia L. Taylor, filed electronically
　　　　　　　　　　　　　　　　　　　Sylvia L. Taylor

　　　　　　　　　　　　　　　　　　　/s/ Jessica Willis Muth, filed electronically
　　　　　　　　　　　　　　　　　　　Jessica Willis Muth
　　　　　　　　　　　　　　　　　　　Counsels for Petitioner
　　　　　　　　　　　　　　　　　　　National Labor Relations Board

Region 13
209 South LaSalle Street, Suite 900
Chicago, Illinois 60604
(312)353-7617

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the Notice of Motion, have, this 25th day of April, 2008, been served in the manner indicated upon the following parties of record:

Certified Mail

Gem Healthcare
Attn: Michael Lerner
3553 W. Peterson Ave. #101
Chicago, IL 60659

Peter Andjelkovich & Associates
Attn: Peter Andjelkovich
39 S. LaSalle, Suite 200
Chicago, IL 60603

Asher, Gittler, Greenfield, Cohen & D'Alba Ltd.
Attn: Margaret Angelucci
200 W. Jackson Street, Suite 1900
Chicago, IL 60606

/s/ Sylvia L. Taylor, filed electronically
Sylvia L. Taylor

/s/ Jessica Willis Muth, filed electronically
Jessica Willis Muth
Counsels for Petitioner
National Labor Relations Board, Region 13
209 South LaSalle Street, Suite 900
Chicago, Illinois 60604
(312) 353-7617