UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH BARKER, REGIONAL DIRECTOR OF REGION 13 OF THE NATIONAL LABOR RELATIONS BOARD, FOR AND ON BEHALF OF THE NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>v.<br><br>REGAL HEALTH AND REHAB CENTER,<br><br>Respondent. | Civil No. 08CV 2229<br><br>Judge Grady<br>Magistrate Judge Cole |

### NOTICE OF MOTION

To: Michael Lerner  
Gem Healthcare  
3553 West Peterson Ave.  
Suite 101  
Chicago, Illinois 60659  

Peter Andjelkovich  
Peter Andjelkovich  
39 South LaSalle  
Suite 200  
Chicago, IL 60603  

Jessica Willis-Muth  
Sylvia Taylor  
National Labor Relations Board  
209 South LaSalle St., 9th Floor  
Chicago, IL 60604  

**PLEASE TAKE NOTICE** that on Wednesday, April 30, 2008, at 11:00 a.m., or as soon as thereafter as counsel may be heard, we shall appear before the Honorable Judge John Grady, in Courtroom 2201, or such other judge as may be sitting in his stead, and shall present the attached **Motion to Appear as Amicus Curiae**, a copy of which is attached hereto and served upon you.

Respectfully submitted,

s/Margaret Angelucci  
ASHER, GITTLER, GREENFIELD
& D'ALBA, LTD.
200 West Jackson Blvd., Suite 1900
Chicago, IL 60606
312-263-1500

**CERTIFICATE OF SERVICE**

      I, Margaret Angelucci, certify that I served the attached **Motion to Appear as Amicus Curiae,** on the following individuals electronically, pursuant to ECF as to Filing Users and Counsel shall comply with LR 5.5. as to any party who is not a Filing User or represented by a Filing User.

Dated: April 25, 2008

| | | |
|---|---|---|
| To: | Michael Lerner<br>Gem Healthcare<br>3553 West Peterson Ave.<br>Suite 101<br>Chicago, Illinois 60659 | Peter Andjelkovich<br>Peter Andjelkovich<br>39 South LaSalle<br>Suite 200<br>Chicago, IL 60603 |

Jessica Willis-Muth
Sylvia Taylor
National Labor Relations Board
209 South LaSalle St., 9th Floor
Chicago, IL 60604

                                        s/Margaret Angelucci
                                        ASHER, GITTLER, GREENFIELD
                                        & D'ALBA, LTD.
                                        200 West Jackson Blvd., Suite 1900
                                        Chicago, IL  60606
                                        312-263-1500
                                        Email: maa@ulaw.com