**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Joseph A. Barker
                              Plaintiff,

v.                                              Case No.: 1:08−cv−02229
                                                Honorable John F. Grady

Regal Health and Rehab Center, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 30, 2008:

    MINUTE entry before Judge Honorable John F. Grady:Motion to try petition for preliminary injunction under Section 10(j) of the National Labor Relations Act on Basis of the Administrative Law Judge's hearing transcript [5] is entered and continued until further order of court. Motion for leave to appear as Amicus Curiae [8] is granted. Motion hearing held on 4/30/2008 regarding motion for leave to appear[8] and motion for miscellaneous relief [5]. In Court hearing set for 6/11/2008 at 11:00 a.m. Status hearing set for 6/11/2008 at 11:00 a.m.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.