# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number:   1:08 cv 2229

Joseph Barker, Regional Director of Region 13 of the Nat'l Labor Relations Board for and on behalf of the National Labor Relations Board v. Regal Health and Rehab Center.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AMICUS, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 4

| |
|---|
| NAME (Type or print) <br> s/Margaret Angelucci |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>       s/Margaret Angelucci |
| FIRM <br> Asher, Gittler, Greenfield & D'Alba, Ltd. |
| STREET ADDRESS <br> 200 W. Jackson Blvd., Suite 1900 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06224392 | TELEPHONE NUMBER <br> (312) 263-1500 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐