IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH BARKER, Regional Director of Region 13 of the NATIONAL LABOR RELATIONS BOARD, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>vs.<br><br>REGAL HEALTH AND REHAB CENTER<br><br>Respondent. | Case No. 08 CV 2229<br><br>Judge Grady<br><br>Magistrate Judge Cole |

### NOTICE OF FILING

TO:  Sylvia Taylor                                         Margaret Angelucci
     National Labor Relations Board          Asher Gittler Greenfield & D'Alba, Ltd.
     209 South LaSalle Street, 9th Floor      200 West Jackson Blvd., Suite 1900
     Chicago, IL 60604                              Chicago, IL 60606

**PLEASE TAKE NOTICE,** that we shall cause to have filed on this 9th day of May 2008, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, *Respondent's Response to Petitioner's Petition for Preliminary Injunction Under Section 10(J) of the National Labor Relations Act,* a copy of which is attached hereto.

                                        Respectfully submitted,
                                        Peter Andjelkovich & Associates

                                        By: s/Peter Andjelkovich
                                             One of Respondent's Attorney

Peter Andjelkovich, Esq.
Peter Andjelkovich & Associates
39 South LaSalle Street, Suite 200
Chicago, IL 60603
312/782-8345

## CERTIFICATE OF SERVICE

I, Peter Andjelkovich, an attorney, hereby certify that the above and foregoing *Respondent's Response to Petitioner's Petition for Preliminary Injunction Under Section 10(J) of the National Labor Relations Act* was served upon all parties of record listed below by CM/ECF electronic transmission on this 9th day of May, 2008.

Sylvia Taylor
National Labor Relations Board
209 South LaSalle Street, 9th Floor
Chicago, IL 60604

Margaret Angelucci
Asher Gittler Greenfield & D'Alba, Ltd.
200 West Jackson Blvd., Suite 1900
Chicago, IL 60606

By: /s/Peter Andjelkovich