UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH A. BARKER, REGIONAL DIRECTOR OF REGION 13 OF THE NATIONAL LABOR RELATIONS BOARD, FOR AND ON BEHALF OF THE NATIONAL LABOR RELATIONS BOARD<br><br>Petitioner<br><br>v.<br><br>REGAL HEALTH AND REHAB CENTER, INC.<br><br>Respondent | Civil No. 08CV2229<br><br>Judge Grady<br><br>Magistrate Judge Cole |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, May 21, 2008 at 11:00 a.m., or as soon thereafter as Counsel may be heard, the undersigned shall appear before the Honorable Judge John F. Grady, or any other judge acting in his stead, in courtroom 2201 at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Motion to Quash Respondent's Notice of Deposition.

DATED at Chicago, Illinois, this 16th day of May, 2008.

/s/ Sylvia L. Taylor, filed electronically
Sylvia L. Taylor

/s/ Jessica Willis Muth, filed electronically
Jessica Willis Muth
Counsels for Petitioner
National Labor Relations Board
Region 13
209 South LaSalle Street, Suite 900
Chicago, Illinois 60604

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the Notice of Motion, have, this 16th day of May, 2008, been served in the manner indicated upon the following parties of record:

Certified Mail

Gem Healthcare
Attn: Michael Lerner
3553 W. Peterson Ave. #101
Chicago, IL 60659

Peter Andjelkovich & Associates
Attn: Peter Andjelkovich
39 S. LaSalle, Suite 200
Chicago, IL 60603

Asher, Gittler, Greenfield, Cohen & D'Alba Ltd.
Attn: Margaret Angelucci
200 W. Jackson Street, Suite 1900
Chicago, IL 60606


_/s/ Sylvia L. Taylor, filed electronically_
Sylvia L. Taylor


_/s/ Jessica Willis Muth, filed electronically_
Jessica Willis Muth
Counsels for Petitioner
National Labor Relations Board, Region 13
209 South LaSalle Street, Suite 900
Chicago, Illinois 60604
(312) 353-7617