## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2229 | **DATE** | 5/21/2008 |
| **CASE TITLE** | Barker vs. Regal Health and Rehab Center | | |

**DOCKET ENTRY TEXT**

Hearing on motion to quash respondent's notice of deposition held.  Response to motion to quash respondent's notice of deposition due by 06/23/08; reply due by 07/14/08.  Status hearing set for 06/11/08 stricken and will be reset with ruling on motion to quash.  In court hearing set for 06/11/08 on motion to try petition for preliminary injunction under Section 10(j) of the National Labor Relations Act on Basis of the Administrative Law Judge's hearing transcript stricken.  Said motion is taken under advisement.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | JD |
|---|---|---|