IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH BARKER, Regional Director of Region 13 of the NATIONAL LABOR RELATIONS BOARD, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>REGAL HEALTH AND REHAB CENTER<br><br>　　　　　　Respondent. | Case No. 08 CV 2229<br><br>Judge Grady<br><br>Magistrate Judge Cole |

**NOTICE OF FILING**

TO:　Sylvia Taylor　　　　　　　　　　　　Margaret Angelucci
　　　National Labor Relations Board　　　　Asher Gittler Greenfield & D'Alba, Ltd.
　　　209 South LaSalle Street, 9th Floor　　200 West Jackson Blvd., Suite 1900
　　　Chicago, IL 60604　　　　　　　　　　Chicago, IL 60606

　　**PLEASE TAKE NOTICE,** that we shall cause to have filed on this 23rd day of June, 2008, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **RESPONSE TO PETITIONER'S MOTION TO QUASH RESPONDENT'S NOTICE OF DEPOSITION**, a copy of which is attached hereto.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　Peter Andjelkovich & Associates

　　　　　　　　　　　　　　　　　　　　By:　s/Bradley Wartman
　　　　　　　　　　　　　　　　　　　　　　　One of Respondent's Attorney

Bradley Wartman, Esq.
Peter Andjelkovich, Esq.
Peter Andjelkovich & Associates
39 South LaSalle Street, Suite 200
Chicago, IL 60603
312/782-8345

## CERTIFICATE OF SERVICE

      I, Bradley Wartman, an attorney, hereby certify that the above and foregoing **RESPONSE TO PETITIONER'S MOTION TO QUASH RESPONDENT'S NOTICE OF DEPOSITION** was served upon all parties of record listed below by CM/ECF electronic transmission on this 23rd day of June, 2008.

| | |
|---|---|
| Sylvia Taylor | Margaret Angelucci |
| National Labor Relations Board | Asher Gittler Greenfield & D'Alba, Ltd. |
| 209 South LaSalle Street, 9th Floor | 200 West Jackson Blvd., Suite 1900 |
| Chicago, IL 60604 | Chicago, IL 60606 |

                By:  s/Bradley Wartman