UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH A. BARKER, REGIONAL DIRECTOR OF REGION 13 OF THE NATIONAL LABOR RELATIONS BOARD, FOR AND ON BEHALF OF THE NATIONAL LABOR RELATIONS BOARD )<br><br>Petitioner )<br><br>v. )<br><br>REGAL HEALTH AND REHAB CENTER, INC. )<br><br>Respondent ) | Civil No. 08 CV 2229<br><br>Judge Grady<br>Magistrate Judge Cole |

### NOTICE OF FILING

PLEASE TAKE NOTICE that on Monday, July 14, 2008, the attached **Petitioner's Reply Brief in Support of Motion to Quash Respondent's Notice of Deposition to Petitioner** was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division.

Dated at Chicago, Illinois, this 14th day of July, 2008.

*/s/ Sylvia L. Taylor, filed electronically*
Sylvia L. Taylor

*/s/ Jessica Willis Muth, filed electronically*
Jessica Willis Muth
Counsels for Petitioner
National Labor Relations Board, Region 13
209 S. LaSalle, Suite 900
Chicago, IL 60604
(312) 353-7617

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of this **Notice of Filing** have been served this 14th day of July, 2008 in the manner indicated below upon the following parties of record:

Certified Mail

Gem Healthcare
Attn: Michael Lerner
3553 W. Peterson Ave. #101
Chicago, IL 60659

Peter Andjelkovich & Associates
Attn: Peter Andjelkovich
39 S. LaSalle, Suite 200
Chicago, IL 60603

Asher, Gittler, Greenfield, Cohen & D'Alba Ltd.
Attn: Margaret Angelucci
200 W. Jackson Street, Suite 1900
Chicago, IL 60606

/s/ Sylvia L. Taylor, filed electronically
Sylvia L. Taylor

/s/ Jessica Willis Muth, filed electronically
Jessica Willis Muth
Counsels for Petitioner
National Labor Relations Board, Region 13
209 South LaSalle Street, Suite 900
Chicago, Illinois 60604
(312) 353-7617