UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH A. BARKER, REGIONAL DIRECTOR OF REGION 13 OF THE NATIONAL LABOR RELATIONS BOARD, FOR AND ON BEHALF OF THE NATIONAL LABOR RELATIONS BOARD<br><br>Petitioner<br>v.<br><br>REGAL HEALTH AND REHAB CENTER, INC.<br><br>Respondent | Civil No.  08 CV 2229<br><br>Judge Grady<br>Magistrate Judge Cole |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, July 30, 2008, at 11:00 a.m., or as soon thereafter as Counsel may be heard, the undersigned shall appear before the Honorable Judge John F. Grady, or any other judge acting in his stead, in courtroom 2201 at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Petitioner's Motion for Leave to File First Amended Petition**.

DATED at Chicago, Illinois, this 21st day of July, 2008.

/s/ Sylvia L. Taylor, filed electronically
Sylvia L. Taylor

/s/ Jessica Willis Muth, filed electronically
Jessica Willis Muth

/s/ Charles J. Muhl, filed electronically
Charles J. Muhl

Counsel for Petitioner
National Labor Relations Board,
Region 13
209 S. LaSalle, Suite 900
Chicago, IL 60604
(312) 353-7617