UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Joseph A. Barker
                        Plaintiff,

v.                                           Case No.: 1:08−cv−02229
                                             Honorable John F. Grady

Regal Health and Rehab Center, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 25, 2008:

      MINUTE entry before the Honorable John F. Grady:By request of the parties, motion for leave to file [25] is entered and continued until 08/04/08 at 9:45 a.m. In Court hearing set for 8/4/2008 at 09:45 a.m. Hearing set for 07/30/08 is stricken.Mailed/Telephoned notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.