IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH BARKER, Regional Director of Region 13 of the NATIONAL LABOR RELATIONS BOARD, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>    Petitioner,<br><br>vs.<br><br>REGAL HEALTH AND REHAB CENTER<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)  Case No. 08 CV 2229<br>)<br>)    Judge Grady<br>)<br>)<br>)    Magistrate Judge Cole<br>)<br>)<br>) |

NOTICE OF FILING

    **PLEASE TAKE NOTICE,** that we shall cause to have filed on this 4th day of September, 2008, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Respondent's Answer To Petitioner's First Amended Petition For Preliminary Injunction Under Section 10(J) Of The National Labor Relations Act**, a copy of which is attached hereto.

                                      Respectfully submitted,
                                      Peter Andjelkovich & Associates


                                      By:  s/Peter Andjelkovich
                                               Counsel for Respondent

Peter Andjelkovich, Esq.
Peter Andjelkovich & Associates
39 South LaSalle Street, Suite 200
Chicago, IL 60603
312/782-8345

## CERTIFICATE OF SERVICE

I, Peter Andjelkovich, an attorney, hereby certify that the above and foregoing **Respondent's Answer To Petitioner's First Amended Petition For Preliminary Injunction Under Section 10(J) Of The National Labor Relations Act**, was served upon all parties of record listed below by CM/ECF electronic transmission on this 4th day of September, 2008.

Sylvia L. Taylor
Counsel for Petitioner
National Labor Relations Board
209 South LaSalle Street, Suite 900
Chicago, IL 60604

Margaret Angelucci
Asher, Gittler, Greenfield, Cohen & D'Alba, Ltd.
200 West Jackson Street
Suite 1900
Chicago, IL 60606

By: /s/Peter Andjelkovich